**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**PHILIP JUDE MORAN**

        **Petitioner,**

**v.**                                  **Case No.  5:20-cv-314-RV-MJF**

**SECRETARY, DEPARTMENT OF**
**CORRECTIONS, et al.,**

        **Respondents.**

                                   /

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 1, 2020. (Doc. 4). Petitioner was provided a copy of the report and recommendation and was afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the report and recommendation and all objections thereto timely filed, I conclude that the report and recommendation should be adopted.

Page 1 of 2

Accordingly, it is **ORDERED**:

1.      The Magistrate Judge's Report and Recommendation dated December

1, 2020 (Doc. 4) is adopted and incorporated by reference in this Order.

2.      This case is **DISMISSED** for lack of jurisdiction.

3.      The clerk of court shall close this case file and send Petitioner the form

petition for use in § 2254 cases.

**DONE AND ORDERED** this 8th day of January, 2020.


/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**